# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

October 7, 2024

**Via ECF**

Hon. Cheryl Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Game v. Lafayette Glass Co., et al.* – No. 1:23-cv-7833
         Joint Status Report

Dear Hon. Judge Pollak:

  We represent Plaintiff Yexy Game in the above-captioned matter. We write with the consent of Defendants to a) confirm the conclusion of all discovery; b) notify the Court that the Parties have consented to the jurisdiction of Your Honor for all further purposes; and c) propose a briefing schedule for the Parties' cross-motions for summary judgment. This letter also serves as the status report requested by the Court's Status Report Order on September 20, 2024.

  The Parties have resolved all outstanding discovery disputes and have concluded discovery. The Parties consent to referral of this matter to Your Honor for all purposes, including anticipated dispositive motions. A copy of the Parties' consent form will be separately filed via ECF.

  Both Parties intend to move for summary judgment in this matter. The Parties have conferred regarding a briefing schedule and propose the following deadlines and page limits:

- **Nov. 6, 2024** – Plaintiff to file Motion for Summary Judgement (25-page memorandum of law)
- **Dec. 11, 2024** – Defendants to file Opposition to Plaintiff's Motion & Cross-Motion for Summary Judgment (30-page memorandum of law for both Opposition and Cross-Motion)
- **Jan. 15, 2025 –** Plaintiff to file Reply in support of Plaintiff's Motion & Opposition to Defendant's Cross-Motion (30-page memorandum of law for both)
- **Jan. 29, 2025 –** Defendants to file Reply in support of Cross-Motion (10 pages)

We thank the Court for its attention to this matter.

                          Respectfully Submitted,

*/s/ Leah Seliger*
Lucas Buzzard
Leah Seliger
JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, NY 10004

*Attorneys for Plaintiff*