# FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.

### ATTORNEYS AT LAW

Glenn J. Franklin
Steven Elliot Cohen
Michael S. Mosscrop
Elana T. Henderson*
Michael D. Yim
Troy A. Pacella
*ADMITTED TO NY AND NJ

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 . FAX (516) 228-3136

Martin Gringer, RETIRED

**VIA ECF**
Hon. Clay H. Kaminsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: _Game v. Lafayette Glass Company Inc., et al., Docket No.: 23-cv-7833_

Dear Judge Kaminsky,

We represent Defendants Lafayette Glass Company Inc. and Hillary Hulteen, (collectively, "Defendants") in the above-referenced matter. We write with Plaintiff's consent to request a ten (10) day extension of time to February 19, 2026, to file motions in limine.  The parties will file the joint proposed requests to charge and verdict form by the February 9, 2026, deadline

This brief extension will not prejudice any party, nor will it impact or delay the existing pretrial or trial schedule. The request is limited in scope, consensual, and intended solely to permit the parties to fully address the issues raised in the anticipated motions in limine and pretrial brief.

Further, Defendants separately advise the Court that Defendant Hillary Hulteen is currently involved in an unrelated divorce proceeding in which counsel has advised that the matter will be trial-ready as of February 17, 2026. Counsel in that proceeding has represented that Defendants' counsel will be kept appraised of any scheduling developments. The opposing party in the divorce proceeding is a partner in Defendant Lafayette Glass Company, Inc.  The corporate entity is an asset that will be a significant subject of the divorce trial.  As such, a scheduling conflict may likely arise. Defendants will inform Your Honor immediately on the status of that matter,

We thank you for your attention.

Very truly yours,

**FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**

/s/
Michael D. Yim Esq.