## JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

February 15, 2026

**VIA ECF**
Hon. Clay H. Kaminsky
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

      Re:  *Game v. Lafayette Glass Company, Inc., et. al.*
         Case No. 1:23 cv 07833

Dear Judge Kaminsky:

  We represent Plaintiff in the above-referenced matter. We write concerning Defendants' anticipated request to adjourn the March 9 trial date in this matter because of individual defendant Hillary Hulteen's divorce proceeding in Florida. Plaintiff respectfully requests that any such request be denied and that Defendant Hulteen be instructed to inform the Florida court that she is unavailable for trial in the divorce proceeding during the week of March 9, 2026 because of the trial already scheduled in this matter.

  Defendants have informed Plaintiff that they will be moving for an adjournment of the March 9 trial date in this matter because of Defendant Hulteen's divorce trial in Palm Beach County, Florida. According to Defendants, the court in that proceeding will be setting the divorce case for trial on February 17, 2026, which means that the trial will likely start within 60 days of that date.

  Plaintiff respectfully contends that this schedule, which has not even been solidified, is no reason to adjourn the trial in this case, which was set to begin on March 9 some two months ago. Both parties committed to the March 9 trial date in December 2025, and Plaintiff and her counsel have already arranged their schedules around that date. *See* ECF Dkt No. 40. Since this case was scheduled for trial months before the divorce proceeding (in which a trial date has not yet even been set), Plaintiff respectfully requests that Defendant Hulteen be ordered to inform the Florida court that she is not available for trial in the divorce case during the week of March 9. Plaintiff has attempted to obtain Defendants' position as to this request since February 13 but have not yet received a response.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

*/s/Lucas C. Buzzard*

2