# FRANKLIN, GRINGER & COHEN, P.C.

| | | |
|---|---|---|
| Glenn J. Franklin | ATTORNEYS AT LAW | Ken Sutak |
| Martin Gringer | | of counsel |
| Steven Elliot Cohen | 666 OLD COUNTRY ROAD, SUITE 202 | |
| Michael S. Mosscrop | GARDEN CITY, NEW YORK 11530-2013 | |
| Jasmine Y. Patel* | TELEPHONE (516) 228-3131. FAX (516) 228-3136 | |
| Danielle Mietus | | |
| *ADMITTED TO NY AND NJ | | |

February 17, 2026

<u>Via ECF</u>
Hon. Clay H. Kaminsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

   Re: <u>*Game v. Lafayette Glass,*</u> Docket No.: 23-cv-7833
      Request for Modification of the Briefing Schedule

Dear Judge Kaminsky:

  We represent Defendants in the above referenced matter. We write, jointly with Plaintiff, to request leave to submit responses to the other party's motion in limine on February 23, 2026. With respect to the parties' motions in limine that are due on February 19, Plaintiff anticipates submitting a motion concerning Defendant's JPTO Exhibits B and C. Defendant anticipates submitting a motion concerning submitting deposition transcripts as exhibits.

  With respect to the other exhibits to which the parties interposed objections in the JPTO (Plaintiff's Exhibit 13 and Defendants' Exhibits L and M), the parties have conferred and discussed the various contexts in which each document could be used. At this point, the parties believe that objections to these exhibits will likely be context specific and dependent upon progress at trial. As such, the parties believe that any disputes about Plaintiff's Exhibit 13 and Defendants Exhibits L and M would be more efficiently raised at trial and would pose minimal distraction and burden.

  We also write to inform the Court that Ms. Hulteen's Florida matter has been scheduled for May 2026 and therefore will not present a conflict for this trial. The parties jointly report to the Court that there will be no motions concerning the scheduling of the trial date. Plaintiff's motion application concerning the same is withdrawn.

  We thank you for attention.

                Very truly yours,

               **FRANKLIN, GRINGER & COHEN, P.C.**

               *Michael D. Yim*
               _____
               Michael D. Yim, Esq.