## JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Michael DiGiulio | |
| Leah M. Seliger | |

March 6, 2026

**VIA ECF**
Hon. Clay H. Kaminsky
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

        Re:    *Game v. Lafayette Glass Company, Inc., et. al.*
                  Case No. 1:23 cv 07833

Dear Judge Kaminsky:

    We represent Plaintiff in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties have reached a settlement in this matter and to respectfully request that the Court cancel the trial and jury selection scheduled to begin on March 9, 2026. The parties are in the process of finalizing a formal settlement agreement and anticipate filing a stipulation of dismissal within 30 days.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              */s/Lucas C. Buzzard*