# FRANKLIN, GRINGER & COHEN, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| Glenn J. Franklin | | Ken Sutak |
| Martin Gringer | | *of counsel* |
| Steven Elliot Cohen | 666 OLD COUNTRY ROAD, SUITE 202 | |
| Michael S. Mosscrop | GARDEN CITY, NEW YORK 11530-2013 | |
| Jasmine Y. Patel* | TELEPHONE (516) 228-3131.  FAX (516) 228-3136 | |
| Danielle Mietus | | |
| *ADMITTED TO NY AND NJ | | |

April 13, 2026

*Via ECF*

Hon. Clay H. Kaminsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    *Game v. Lafayette Glass,* Docket No.: 23-cv-7833
               Request for Extension of Time to Submit Settlement Agreement

Dear Judge Kaminsky:

    We represent Defendants in the above referenced matter.  We write, jointly with Plaintiff, to request a short extension of time to submit a stipulation of dismissal from today, April 13, 2026, to April 15, 2026. The parties are in the process of executing the settlement agreement agreements and will need a day or two to finalize the exchange.

    We thank you for attention.

                    Very truly yours,

                    **FRANKLIN, GRINGER & COHEN, P.C.**

                    *Michael D. Yim*

                    Michael D. Yim, Esq.